UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  
Donna K. Thomas

    Debtor

Case No. 13–32735  
Chapter 13

# ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *Credit Acceptance Corp. (Claim #1)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

    Done this 18th day of March, 2014.

                                                               /s/ Honorable Dwight H. Williams Jr.  
                                                              United States Bankruptcy Judge